**FILED**

08/25/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0147

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0147

_____

HUNTER SIMPKINS and PATRICK GUSTIN,

     Plaintiffs and Appellees,

  v.                                      O R D E R

SHARON J. SPECK,

     Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Christopher David Abbott, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 25 2021